# United States District Court
for the
# Southern District of New York

## Related Case Statement

**Full Caption of Later Filed Case:**

MICHAEL MURPHY,

| Plaintiff | Case Number |
|---|---|
| vs. | Not Yet Assigned |
| WAPPINGERS CENTRAL SCHOOL DISTRICT; CATHERINE DEFAZIO, as Head Custodian of VanWyck Junior High School and Individually, et al. | |
| Defendant | |

**Full Caption of Earlier Filed Case:**

(including in bankruptcy appeals the relevant adversary proceeding)

SAMUEL FEILER,

| Plaintiff | Case Number |
|---|---|
| vs. | Not Yet Assigned |
| WAPPINGERS CENTRAL SCHOOL DISTRICT, CATHERINE DEFAZIO as Head Custodian, et al. | |
| Defendant | |

Status of Earlier Filed Case:

☐ Closed  (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☑ Open  (If so, set forth procedural status and summarize any court rulings.)

Filed simultaneously with the present Verified Complaint and awaiting index number and assignment to a judge.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

Same defendants, overlapping and, in some cases, identical acts of sexual harassment and retaliation, during the same time period.

Signature: _____  Date: Sept. 21, 2019
Jennifer S. Echevarria, Esq.
Firm: Jacobowitz & Gubits, LLP