UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Job #: 1511478

Michael Murphy,

Plaintiff(s)

vs

Wappingers Central School District, et. al.,

Defendant(s)

Civil Number: 15-cv-07460

Date Filed: 09/21/2015
Client's File No.: 68867
Court/Return Date:

STATE OF NEW YORK, COUNTY OF ULSTER, SS.:

## AFFIDAVIT OF SERVICE

Mark McCumber, being sworn says:
 Deponent is not a party herein is over the age of 18 years and resides in the State of New York.

On October 15, 2015, at 3:00 PM at Wappingers Central School District Office, 25 Corporate Park Drive, Hopewell Junction, NY 12533, Deponent served the within Summons in a Civil Action and Verified Complaint

On: Thomas Giorno, Individually, Defendant therein named, (hereinafter referred to as "subject").

☐ #1 INDIVIDUAL
By delivering a true copy of each to said subject personally; Deponent knew the person so served to be the person described in as said subject therein.

☒ #2 SUITABLE AGE PERSON
By delivering thereat a true copy of each to Alberta Pedro (District Clerk) a person of suitable age and discretion. Said premises is subject's:[X] actual place of business / employment [] dwelling house / usual place of abode / last-known residence within the state.

☐ #3 AFFIXING TO DOOR
By affixing a true copy of each to the door of said premises which is subjects
[] actual place of business / employment [] dwelling house / usual place of abode / last-known residence within the state. Deponent was unable with due diligence to find subject or person of suitable age and discretion thereat having called there

☐ #4 AUTHORIZED AGENT
By delivering thereat a true copy of each personally to , which person is the  thereof, an agent duly authorized to accept service on behalf thereof.

☒ #5 MAILING
On October 19, 2015 , service was completed by mailing a true copy of above document(s) to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" from a depository under the exclusive care and custody of the United States Post Office in the State of New York.

☐ An additional mailing was completed to the address above by certified mail. Certified mailing #

☒ #6 APPROXIMATE DESCRIPTION
Sex: Female    Skin/Race: White   Color of hair: Brown    Age: 35-50
Height: 5/6-5/8   Weight: 120-140   Other Features: Glasses

☒ #7 MILITARY SERVICE
Upon information and belief, subject is not currently active in the military service of the United States of America, based upon information obtained at the time of service, my own personal knowledge of subject, and/or verification through the records of the U.S. Dept. Of Defense.

☐ #8 WITNESS FEES
Subpoena Fee Tendered in the amount of $

☒ #9 OTHER
Signature of recipient was obtained and is on file.

Sworn to before me on October 19, 2015

*Denielle Williamson*
DANIELLE WILLIAMSON (Reg. #01WI6319292)
Notary Public, State of New York
Qualified in Ulster County
Comm. Exp. 02/17/2019



Mark McCumber

*ORANGE PAPER PLACERS, INC. 26 SCOTCHTOWN AVE., PO BOX 22 GOSHEN, NY 10924*