UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Job #: 1511479

| | |
|---|---|
| Michael Murphy, | Civil Number: 15-cv-07460 |
| vs | Date Filed: 09/21/2015 |
| Plaintiff(s) | Client's File No.: 68871 |
| Wappingers Central School District, et. al., | Court/Return Date: |
| Defendant(s) | |

STATE OF NEW YORK, COUNTY OF ULSTER, SS.:

## AFFIDAVIT OF SERVICE

**Mark McCumber**, being sworn says:
Deponent is not a party herein is over the age of 18 years and resides in the State of New York.

On October 15, 2015, at 2:59 PM at Wappingers Central School District Office, 25 Corporate Park Drive, Hopewell Junction, NY 12533, Deponent served the within **Summons in a Civil Action and Verified Complaint**

On: **Ronald Broas, Individually**, Defendant therein named, (hereinafter referred to as "subject").

☐ **#1 INDIVIDUAL**
By delivering a true copy of each to said subject personally; Deponent knew the person so served to be the person described in as said subject therein.

☒ **#2 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to Alberta Pedro (District Clerk) a person of suitable age and discretion. Said premises is subject's:[X] actual place of business / employment [] dwelling house / usual place of abode / last-known residence within the state.

☐ **#3 AFFIXING TO DOOR**
By affixing a true copy of each to the door of said premises which is subjects
[] actual place of business / employment [] dwelling house / usual place of abode / last-known residence within the state. Deponent was unable with due diligence to find subject or person of suitable age and discretion thereat having called there

☐ **#4 AUTHORIZED AGENT**
By delivering thereat a true copy of each personally to , which person is the thereof, an agent duly authorized to accept service on behalf thereof.

☒ **#5 MAILING**
On October 19, 2015 , service was completed by mailing a true copy of above document(s) to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" from a depository under the exclusive care and custody of the United States Post Office in the State of New York.

☐ An additional mailing was completed to the address above by certified mail. Certified mailing #

☒ **#6 APPROXIMATE DESCRIPTION**
Sex: Female   Skin/Race: White   Color of hair: Brown   Age: 35-50
Height: 5/6-5/8   Weight: 120-140   Other Features: Glasses

☒ **#7 MILITARY SERVICE**
Upon information and belief, subject is not currently active in the military service of the United States of America, based upon information obtained at the time of service, my own personal knowledge of subject, and/or verification through the records of the U.S. Dept. Of Defense.

☐ **#8 WITNESS FEES**
Subpoena Fee Tendered in the amount of $

☒ **#9 OTHER**
Signature of recipient was obtained and is on file.

Sworn to before me on October 19, 2015

*Danielle Williamson*
DANIELLE WILLIAMSON (Reg. #01WI6319292)
Notary Public, State of New York
Qualified in Ulster County
Comm. Exp. 02/17/2019



_____
Mark McCumber

*Orange Paper Placers, Inc. 26 Scotchtown Ave., PO Box 22 Goshen, NY 10924*