ALR/ev             8977-65603             459734

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MICHAEL MURPHY,

           Plaintiff,            **STIPULATION**

        -against-            Case No.: 15-CV-07460 (VB)

WAPPINGERS CENTRAL SCHOOL DISTRICT and
CATHERINE DEFAZIO as Head Custodian of Van
Wyck Junior High School and Individually, THOMAS
GIORNO Head Custodian of Van Wyck Junior High
School and Individually, JOANNE SEREDA as
Director of Human Resources/Title IX Coordinator
and Individually, and RONALD BROAS as Director
of Facilities and Operations and Individually, for aider
and abetter liability,

           Defendants.
-------------------------------------------------------------X



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-3-15

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, that the time for the WAPPINGERS CENTRAL SCHOOL DISTRICT, THOMAS GIORNO, JOANNE SEREDA and RONALD BROAS to answer or move against the Plaintiff's Complaint is hereby extended to November 30, 2015.

Dated: October 29, 2015

JACOBOWITZ & GUBITS, LLP            DRAKE LOEB PLLC

By: _____     By: _____
JENNIFER S. ECHEVARRIA, ESQ.         ADAM L. RODD, Esq.
*Attorneys for Plaintiff,*                    *Attorneys for Defendants,*
MICHAEL MURPHY                     WAPPINGERS CSD, GIORNO,
158 Orange Avenue,                       *SEREDA AND BROAS*
P.O. Box 367                           555 Hudson Valley Avenue, Ste. 100
Walden, New York 12586                New Windsor, New York 12553
Tel. No.: (845) 778-2121                Tel. No.: (845) 561-0550

So Ordered
_____
USDJ

November 3, 2015