UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
MICHAEL MURPHY,  :
          Plaintiff,  :
  :  **ORDER**
v.  :
  :  15 CV 7460 (VB)
WAPPINGERS CENTRAL SCHOOL  :
DISTRICT; CATHERINE DEFAZIO as Head  :
Custodian of Van Wyck Junior High School and  :
Individually, THOMAS GIORNO as Head  :
Custodian of Van Wyck Junior High School and  :
Individually, JOANNE SEREDA as Director of  :
Human Resources/Title IX Coordinator and  :
Individually, and RONALD BROAS as  :
Director of Facilities and Operations and  :
Individually, for aider and abetter liability,  :
          Defendants.  :
----------------------------------------------------------------x

      This matter has been automatically referred to the Court's Alternative Dispute Resolution program of mediation for employment discrimination cases. It is hereby ORDERED that the parties shall inform the Court of their progress in mediation every 60 days, starting from the date of this Order.

      It is FURTHER ORDERED that within 10 days of completion of mediation, the parties shall provide a joint status report to the Court.

Dated: November 5, 2015
       White Plains, NY

                                SO ORDERED:

                                Vincent L. Briccetti
                                United States District Judge