UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
MICHAEL MURPHY,

                                    Plaintiff,                                    **CERTIFICATE OF SERVICE**

            -against-                                                             Case No.: 15-CV-07460 (VB)

WAPPINGERS CENTRAL SCHOOL DISTRICT and
CATHERINE DEFAZIO as Head Custodian of Van
Wyck Junior High School and Individually, THOMAS
GIORNO Head Custodian of Van Wyck Junior High
School and Individually, JOANNE SEREDA as
Director of Human Resources/Title IX Coordinator
and Individually, and RONALD BROAS as Director
of Facilities and Operations and Individually, for aider
and abetter liability,

                                    Defendants.
------------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

        ADAM L. RODD, being duly sworn, deposes and says:

        1.      I am not a party to this action, am over 18 years of age, and reside at
Cornwall, New York.

        2.      I hereby certify that on November 30, 2015, I served a true copy of the
annexed Verified Answer in the following manner:

        By e-filing the same with the United States District Court, Southern District of
New York, addressed to the address of the addressee(s) as indicated below:

TO:    JACOBOWITZ & GUBITS, LLP
        *Attorneys for Plaintiff,*
        *SAMUEL FEILER*
        158 Orange Avenue
        P.O. Box 367
        Walden, New York 12586
        Tel. No.: (845) 778-2121

LYNCH, SCHWAB & GASPARINI, PLLC
*Attorneys for Defendant,*
*CATHERINE DEFAZIO*
1441 Route 22, Suite 206
Brewster, New York 10509
Tel. No.: (914) 304-4353

ADAM L. RODD, ESQ. (AR-3484)